## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BARBE PURO, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER,<br><br>Defendant. | Civil Action No. 12-cv-02605 (DWF/SER) |

**NOTICE OF HEARING OF DEFENDANT NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER'S MOTION TO STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

TO:  Plaintiff Barbe Puro and her attorneys, Larson King, 2800 Wells Fargo Place, 30 East 7th Street, St. Paul, MN, 55101, and Sieben, Grose, Von Holtum & Carey Ltd., 800 Marquette Avenue, Suite 900, Minneapolis, MN 55402.

### NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that on February 15, 2013, at 9:00 am, or as soon thereafter as counsel may be heard, Defendant, by and through its undersigned counsel, will make a motion to stay proceedings, before the Honorable Judge Donovan W. Frank, in Courtroom 7C of the United States District Court, 316 N. Robert Street, St. Paul, MN 55101.

Dated: December 17, 2012		BOWMAN AND BROOKE LLP

*/s/ Molly J. Given*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.339.8682
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*