**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| BARBE PURO, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER,<br><br>Defendant. | Civil Action No. 12-cv-02605 (DWF/SER) |

**RULE 7.1 WORD COUNT COMPLIANCE RE DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO TO STAY ALL PROCEEDINGS PENDING RULING ON MOTION FOR TRANSFER AND CONSOLIDATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

I, Molly J. Given, certify that **Defendant's Memorandum of Law in Support of its Motion to Stay All Proceedings** complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used *Microsoft Office Word 2010* in 13 point Times New Roman font, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 2,803 words.

Dated: December 17, 2012         BOWMAN AND BROOKE LLP

*/s/ Molly J. Given*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.339.8682
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*