## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BARBE PURO, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a NEW ENGLAND COMPOUNDING CENTER,<br><br>Defendant. | Civil Action No. 12-cv-02605 (DWF/SER) |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com

alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*

## **CERTIFICATE OF SERVICE**

I certify that on December 27, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

**BOWMAN AND BROOKE LLP**

BY: */s/ Jennifer L. Bullard*
Kim M. Schmid (#1030600)
Alana K. Bassin (#266589)
Molly J. Given (#0387713)
Jennifer L. Bullard (#0391210)
150 South Fifth Street, Suite 3000
Minneapolis, MN 55402
Telephone:   612.672.3229
Facsimile:    612.672.3200
kim.schmid@bowmanandbrooke.com
alana.bassin@bowmanandbrooke.com
molly.given@bowmanandbrooke.com
jennifer.bullard@bowmanandbrooke.com

*Counsel for NEW ENGLAND COMPOUNDING PHARMACY, INC. d/b/a New England Compounding Center*